**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**NICOLE MYERS, #102798**                                                             **PETITIONER**

**VERSUS**                                             **CIVIL ACTION NO.3:05cv448HTW-JCS**

**MARGARETT BINGHAM, Superintendent of CMCF;
and JIM HOOD, Attorney General**                                             **RESPONDENTS**

## FINAL JUDGMENT

This cause is before the court, <u>sua</u> <u>sponte</u>, for consideration of dismissal.  Pursuant to the

opinion and order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for the

petitioner's failure to exhaust her available state court remedies.

SO ORDERED AND ADJUDGED, this the 22nd day of December, 2005.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE